# EXHIBIT E



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

**Via Email Only**

October 4, 2017

Sarah H. Negus, Esq.
Moore & Van Allen
sarahnegus@mvalaw.com

Re:   **Your Public Records Request**

Dear Ms. Negus:

    I write in response to your public records request received on October 2, 2017 and made pursuant to the Massachusetts Public Records Law, G.L. c. 66, § 10. In an email to Paralegal Bruce Bergman, you requested copies of records held by the Office of the Attorney General (AGO), specifically "the complaint form and investigation file from the complainant, Paradise Hogan, filed with the AGO, Fair Labor Division [against your client InStore Group, LLC] . . . prior to January 6, 2017."

    After a comprehensive search, we have determined that the AGO has no records that are responsive to your request.

Very truly yours,

*Lillian Hirales*

Lillian Hirales
Assistant Attorney General
Fair Labor Division
(617) 963-2169