UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PARADISE HOGAN, KAREN CHERELLI, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE INSTORE GROUP, LLC;<br><br>Defendants. | C.A. No. 1:17-CV-10027-DPW |

**ORDER GRANTING WITH MODIFICATION
PLAINTIFFS' ASSENTED-TO MOTION
FOR FINAL APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

The Court, having considered Plaintiffs' Assented-To Motion for Final Approval of Proposed Class Action Settlement (the "Motion"), the exhibits thereto, and the records and files in this action, and after a hearing in open Court at which any and all objections to the proposed settlement could be heard, and being otherwise fully advised in the premises, orders, adjudges, and decrees, pursuant to Fed. R. Civ. P. 23, finds and determines that:

1. This Court has jurisdiction over the subject matter of these proceedings and all parties in these proceedings, including all members of the Settlement Class.

2. The Settlement Class is defined as: all individuals who have worked as 'vendors' or 'vendor associates' for InStore Group, LLC in Massachusetts between January 6, 2014 and March 1, 2021.

3. The Parties' proposed settlement is hereby fully and finally APPROVED WITH MODIFICATION pursuant to Fed. R. Civ. P. 23. With such modification, this Court finds the

proposed settlement to be fair, reasonable, and adequate to the Settlement Class under Fed. R. Civ. P. 23.  This Court further finds that the notice given to members of the Settlement Class satisfies the requirements of Fed. R. Civ. P. 23 and due process.

4. Hillary Schwab, Esq. and Brook S. Lane, Esq. of the law firm Fair Work, P.C. are hereby appointed Class Counsel of the Settlement Class.  Plaintiffs Paradise Hogan and Karen Cherelli are hereby appointed Class Representatives of the Settlement Class.

5. The settlement amount in this case shall be paid to the Settlement Administrator by no later than June 27, 2022.  The settlement funds in this case shall be distributed pursuant to the Settlement Agreement by no later than July 8, 2022 to the Members of the Settlement Class.  Members of the Settlement Class shall negotiate their distributions by October 6, 2022.

6. By November 3, 2022, the parties shall file a report that states the amount of any monies remaining in the settlement account; the report shall account for unnegotiated distributions, any other distributions, and the estimated costs to distribute such remaining monies to the Settlement Class.

7. This Court shall hold a hearing on November 8, 2022, at 2:00 p.m. to determine whether it is cost effective to distribute the remaining monies on a pro rata basis to members of the Settlement Class who received the first distributions.  If the Court so determines, the Court — in consultation with the parties — will establish deadlines for the issuance and negotiation of a second distribution to eligible members of the Settlement Class.  Any monies remaining thereafter shall be remitted to the United States Treasury following the conclusion of the period to negotiate any second distributions.

8.       Accordingly, Class Counsel's fee petition as described in the Motion is hereby APPROVED, Class Counsel's cost petition as described in the Motion is hereby APPROVED, and Plaintiffs' petition for incentive payments as described in the Motion is hereby DENIED.

9.       This action is hereby dismissed with prejudice, with all parties to bear their own respective attorneys' fees and costs of suit, except as expressly ordered herein, and with all rights of appeal waived.  This Court, however, retains jurisdiction to address any issue that arises related to the administration of the Parties' settlement.

Dated:  May 27, 2022                    */s/ Douglas P. Woodlock*
                                        DOUGLAS P. WOODLOCK
                                        UNITED STATES DISTRICT JUDGE