# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PARADIZE HOGAN and KAREN CHERELLI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE INSTORE GROUP, LLC;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:17-cv-10027<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT REPORT CONCERNING THE SETTLEMENT ACCOUNT CREATED FOR THE PARTIES' CLASS SETTLEMENT

On or about May 27, 2022, this Court granted final approval of a class action settlement in the above-captioned matter. In its order on that date, the Court directed Plaintiffs Paradise Hogan and Karen Cherelli and Defendant The InStore Group, LLC (collectively, the "Parties") to file a report by November 3, 2022 that states the amount of any monies remaining in the settlement account as of the deadline for the Settlement Class to negotiate their distributions, including the amount of any unnegotiated distributions, and the estimated costs to distribute such remaining monies to the Settlement Class. The Court also scheduled the matter for further hearing on November 8, 2022 to determine whether it is cost effective to distribute the remaining monies on a pro rata basis to members of the Settlement Class who received the first distributions.

In compliance with that order, the Parties state as follows:

| | |
|---|---|
| Deadline to Negotiate Distributions: | October 6, 2022 |
| Unnegotiated Distributions: | $33,955.85 |
| Cost to Distribute Unnegotiated Distributions: | $0.00 |

Given the substantial amount of unnegotiated distributions remaining in the settlement account, and the fact that there is no additional cost to distribute those funds to the Settlement Class who received the first distributions, it is cost effective to distribute the remaining monies to them. Accordingly, the Parties respectfully propose that the Court order the following:

First, the fund administrator, Optime Administration LLC ("Optime"), shall distribute the unnegotiated distributions to the members of the Settlement Class who received the first distributions within 10 business days of this Court's order;

Second, members of the Settlement Class who receive the second distribution shall have 90 days to negotiate them;

Third, Optime shall remit any unnegotiated second distributions remaining in the settlement account to the United States Treasury within 10 business days of the Settlement Class's deadline to negotiate the second distributions; and

Fourth, the hearing scheduled on November 8, 2022 is canceled as unnecessary in light of the foregoing orders.

Respectfully submitted this 3rd day of November, 2022.

| PLAINTIFFS | The InStore Group |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Brook S. Lane | /s/ Sarah H. Negus |
| Brook S. Lane, Esq. (BBO# 678742)<br>Hillary Schwab<br>Fair Work P.C.<br>192 South Street, Ste. 450<br>Boston, MA 02111<br>T: 617-607-3260<br>F: 617-488-2261<br>brook@fairworklaw.com | Christopher B. Kaczmarek (No. 647085)<br>LITTLER MENDELSON, P.C.<br>One International Place, Suite 2700<br>Boston, MA 02110<br>Telephone:   (617) 378-6000<br>Facsimile:   (617) 737-0052<br>E-mail:   ckaczmarek@littler.com |

|  |  |
|---|---|
| Hillary@fairworklaw.com | Paul J. Peralta *(pro hac anticipated)* <br> Sarah H. Negus <br> MOORE & VAN ALLEN PLLC <br> 100 North Tryon Street, Suite 4700 <br> Charlotte, North Carolina 28202-4003 <br> Telephone: (704) 331-1000 <br> Facsimile: (704) 331-1159 <br> E-mail: paulperalta@mvalaw.com <br> sarahnegus@mvalaw.com |

3

## **CERTIFICATE OF SERVICE**

I, Brook S. Lane, hereby certify that on this 3rd day of November, 2022, the foregoing **JOINT REPORT** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ Brook S. Lane